UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew M. Carroll
427 N. Packard St.
Hammonton, NJ 08037
P - (856) 426-9815
F - (856) 997-1031
AndrewCarrollEsq@gmail.com
AMC/0842

In Re:

Custis, Jeanine L.

Case No.: 19-28707

Chapter: 13

Judge: Andrew B. Altenburg

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Andrew M. Carroll__ will be substituted as attorney of record for __Jeanine Custis__, __Debtor__ in this case.[1]

Date: 01/11/2021

/s/ Andrew M. Carroll
Signature of Attorney

Date: 01/11/2021

Signature of Substituted Attorney

*new.8/1/15*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.